# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE THOMPSON,<br><br>            Plaintiff,<br><br>    v.<br><br>T. ADAMS, et al.,<br><br>            Defendants.<br>_____/ | Case No. 1:13-cv-00655-AWI-SKO (PC)<br><br>ORDER DIRECTING CLERK'S OFFICE TO DETACH OBJECTIONS FROM SECOND AMENDED COMPLAINT AND FILE SEPARATELY<br><br>(Doc. 13) |

   On January 24, 2014, Plaintiff DeWayne Thompson, a state prisoner proceeding pro se, filed a third amended complaint in compliance with the screening order filed on January 9, 2014. Pages 1 through 6 comprise Plaintiff's pleading, and pages 7 through 11 comprise a separate filing.

   Accordingly, the Clerk's Office is HEREBY DIRECTED to detach the second filing and docket it separately, as of January 24, 2014.

IT IS SO ORDERED.

   Dated:   **May 22, 2014**           **/s/ Sheila K. Oberto**
                                       UNITED STATES MAGISTRATE JUDGE