# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE THOMPSON, | Case No. 1:13-cv-00655-AWI-SKO (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF, WITH PREJUDICE |
| v. | |
| T. ADAMS, et al., | |
| Defendants. | (Docs. 14 and 15) |
| _____/ | |

Plaintiff DeWayne Thompson, a state prisoner proceeding pro se and in forma pauperis, filed this action pursuant to 42 U.S.C. § 1983 on May 6, 2013.  The case was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302; and on June 6, 2014, the Magistrate Judge recommended that Plaintiff's motions for preliminary injunctive relief be denied.  Plaintiff had twenty days within which to file an objection and none was filed

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.      The findings and recommendations, filed on June 6, 2014, are adopted in full; and

2.      Plaintiff's motions for preliminary injunctive relief, filed on January 24, 2014, and on February 10, 2014, are denied, with prejudice, for lack of jurisdiction.

IT IS SO ORDERED.

Dated:   July 22, 2014                    _____

                                        SENIOR  DISTRICT  JUDGE