1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT

8

9

EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| DEWAYNE THOMPSON, | Case No. 1:13-cv-00655-AWI-SKO (PC) |
| Plaintiff, | ORDER RELIEVING PLAINTIFF OF OBLIGATION TO RESPOND TO MOTIONS AND REQUIRING DEFENDANTS TO SHOW CAUSE WHY MOTIONS SHOULD NOT BE SUMMARILY DENIED |
| v. | |
| T. ADAMS, et al., | |
| Defendants. | (Docs. 31 and 32) |
| | FIFTEEN-DAY DEADLINE |

11

12

13

14

15

16

17        Plaintiff DeWayne Thompson ("Plaintiff"), a state prisoner proceeding pro se and in forma

18  pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 6, 2013.  This action

19  for damages is proceeding on Plaintiff's fourth amended complaint against Defendants Felix,

20  Harmon, Pendergrass, Cruz, and Brodie ("Defendants") for violation of the Eighth Amendment of

21  the United States Constitution.  28 U.S.C. § 1915A.

22        On August 20, 2015, Defendants filed a motion seeking revocation of Plaintiff's in forma

23  pauperis status pursuant to 28 U.S.C. § 1915(g) and a motion to stay the proceedings pending

24  resolution of their section 1915(g) motion.

25        Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under

26  this section if the prisoner has, on 3 or more *prior* occasions, while incarcerated or detained in any

27  facility, brought an action or appeal in a court of the United States that was dismissed on the

28  grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted,

1   unless the prisoner is under imminent danger of serious physical injury."   § 1915(g) (emphasis

2   added).   Defendants are seeking revocation of Plaintiff's in forma pauperis status based on two

3   "strikes" which accrued *after* this suit was brought on May 6, 2013.[1]   *Coleman v. Tollefson*, __

4   U.S. __, __, 135 S.Ct. 1759, 1761-63 (2015).   (Doc. 31, Motion, Exs. B, C.)

5         Defendants' motion to revoke Plaintiff's in forma pauperis status appears to lack any basis

6   in law or in fact, Fed. R. Civ. P. 11(b), and the Court HEREBY ORDERS as follows:

7       1.    Plaintiff is relieved of his obligation to file a response to the motions pending

8           further order of the Court;

9       2.    Defendants are required to show cause within **fifteen (15) days** why their motions

10          should not be summarily denied; and

11      3.    The failure to respond to this order may result in the imposition of sanctions.

12

13  IT IS SO ORDERED.

14     Dated:   **August 21, 2015**           **/s/ Sheila K. Oberto**
                                     UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28
_____

[1] The first "strike" accrued in 2008. (Doc. 31, Motion, Ex. A.)

2