# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE THOMPSON,<br><br>    Plaintiff,<br><br>  v.<br><br>T. ADAMS, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:13-cv-00655-AWI-SKO (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING CLERK'S OFFICE TO AMEND DOCKET TO REFLECT WITHDRAWAL OF PENDING MOTIONS<br><br>(Docs. 31-33) |

Plaintiff DeWayne Thompson ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 6, 2013. This action for damages is proceeding on Plaintiff's fourth amended complaint against Defendants Felix, Harmon, Pendergrass, Cruz, and Brodie ("Defendants") for violation of the Eighth Amendment of the United States Constitution. 28 U.S.C. § 1915A.

On August 20, 2015, Defendants filed a motion seeking revocation of Plaintiff's in forma pauperis status pursuant to 28 U.S.C. § 1915(g) and a motion to stay the proceedings pending resolution of their section 1915(g) motion. On August 24, 2015, the Court relieved Plaintiff of his obligation to respond and ordered Defendants to show cause within fifteen days why their motions should not be summarily denied given that two of the strikes accrued after this suit was brought. 28 U.S.C. § 1915(g); *Coleman v. Tollefson*, __ U.S. __, __, 135 S.Ct. 1759, 1761-63 (2015). Defendants filed a response and a notice of withdrawal of the motions on September 4, 2015.

Based on Defendants' response, the order to show cause is HEREBY DISCHARGED, and the Clerk's Office shall amend the docket to reflect withdrawal of the motions filed on August 20, 2015.[1]

IT IS SO ORDERED.

Dated:   **September 8, 2015**                    **/s/ Sheila K. Oberto**
                                                         UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants also filed an answer, and a separate discovery and scheduling order will be issued.