# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DEWAYNE THOMPSON,

        Plaintiff,

    v.

T. ADAMS, et al.,

        Defendants.

_____/

Case No. 1:13-cv-00655-AWI-SKO (PC)

ORDER STRIKING REPLY TO ANSWER

(Doc. 40)

Plaintiff DeWayne Thompson, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 6, 2013.  On September 18, 2015, Plaintiff filed a reply to Defendants Felix, Harmon, Pendergrass, Cruz, and Brodie's answer. Neither the Federal Rules of Civil Procedure nor the Local Rules provide for a reply to an answer, absent an order from the Court requiring one.  Fed. R. Civ. P. 7(a)(7).  In this case, the Court did not order a reply to the answer.

Accordingly, Plaintiff's reply to Defendants' answer, filed September 18, 2015, is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

Dated:   **September 21, 2015**                          **/s/ Sheila K. Oberto**
                                               UNITED STATES MAGISTRATE JUDGE