# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE THOMPSON, | Case No. 1:13-cv-00655-AWI-SKO (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF FOR LACK OR JURISDICTION |
| v. | |
| T. ADAMS, et al., | |
| Defendants. | (Docs. 51, 54) |

_____/

Plaintiff, DeWayne Thompson, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 6, 2013.  The case was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On April 26, 2016, the Magistrate Judge issued Findings and Recommendations to deny Plaintiff's motion for preliminary injunctive relief for lack or jurisdiction, which was served that same date and allowed objections to be filed within thirty days.  (Doc. 54.)  Despite lapse of more than the allowed time, neither side has filed any objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Despite the absence of jurisdiction over Plaintiff's request for injunctive relief, this Court

joins in the Magistrate Judge's request that the litigation office facilitate Plaintiff's access to his legal property, writing materials, and the law library during the pendency of this action.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on April 26, 2016, is adopted in full; and

2. Plaintiff's motion for preliminary injunctive relief, filed on November 3, 2015, (Doc. 51), is DENIED for lack of jurisdiction.

IT IS SO ORDERED.

Dated:   June 16, 2016                                 _____
                                                          SENIOR DISTRICT JUDGE

2