# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DeWAYNE THOMPSON,<br><br>             Plaintiff,<br><br>    v.<br><br>T. ADAMS, et al.,<br><br>             Defendants. | Case No.  1:13-cv-00655-AWI-SKO (PC)<br><br>**ORDER CLOSING CASE IN LIGHT OF STIPULATED DISMISSAL WITH PREJUDICE**<br><br>**(Docs. 68, 69)** |

    Plaintiff, DeWayne Thompson, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

    On April 4, 2017, the parties submitted a fully executed stipulations for voluntary dismissal with prejudice per Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with the parties to bear their own litigation costs and attorney's fees.  (Docs. 68, 69.)  In light of stipulated dismissals, this case has terminated automatically.  See Fed. R. Civ. P. 41(a)(1)(A)(ii).

    Accordingly, IT IS HEREBY ORDERED that the Clerk shall CLOSE this case in light of the parties' Rule 41(a)(1)(A)(ii) stipulation for dismissal with prejudice.

IT IS SO ORDERED.

Dated:  April 5, 2017

                            SENIOR  DISTRICT  JUDGE